UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS L. WHITE,<br><br>        Petitioner,<br><br>        v.<br><br>SUSAN HUBBARD,<br><br>        Respondent. | Case No. CV 10-116 DOC(JC)<br><br>JUDGMENT |

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

    DATED: January 12, 2011

    *David O. Carter*
    HONORABLE DAVID O. CARTER
    UNITED STATES DISTRICT JUDGE